UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS SMITH,<br><br>                    Plaintiff,<br><br>     v.<br><br>S. PINA, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO.   1:11-cv-1651-LJO-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RETURN OF DOCUMENTS<br><br>(ECF No. 13) |

Plaintiff Robert Lewis Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 22, 2011, Plaintiff filed a motion, asking that certain exhibits he submitted to the Court be returned to him. (ECF No. 13.) It appears that Plaintiff is concerned that the Court may discard the exhibits submitted with his Complaint. (Id.)

Accordingly, Plaintiff's request is GRANTED. The Clerk's Office shall return to Plaintiff the original of Plaintiff's Complaint and exhibits attached thereto.

IT IS SO ORDERED.

Dated:   April 3, 2012                         /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE