# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS SMITH, | 1:11-cv-1651-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING |
| v. | CERTAIN CLAIMS AND DEFENDANTS |
| S. PINA, et al., | (ECF No. 18) |
| Defendants. | |

_____/

Plaintiff Robert Lewis Smith ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2012, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and Defendants. (ECF No. 18.) Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 24, 2012, are adopted in full;
2. Plaintiff be allowed to proceed on his failure to protect claim against Defendant Pina;
3. Plaintiff's claims against Defendants Munoz, Sumaya, and Estrada be dismissed with prejudice; and
4. Defendants Munoz, Sumaya, and Estrada be dismissed from this action.

IT IS SO ORDERED.

**Dated:   July 3, 2012**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE