IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS SMITH, | 1:11-cv-01651-LJO-MJS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| S. PINA, et al., | (ECF No. 25) |
| Defendants. | |

Plaintiff Robert Lewis ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 27, 2012, Defendant Pina filed a motion to extend time to respond to the first amended complaint. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Defendant Pina is granted up to and including November 27, 2012, in which to respond to the first amended complaint.

IT IS SO ORDERED.

Dated:   December 3, 2012             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE