IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS SMITH, | 1:11-cv-01651-LJO-MJS (PC) |
| Plaintiff, | AMENDED ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| S. PINA, et al., | |
| Defendants. | (ECF No. 25) |

Plaintiff Robert Lewis ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 27, 2012, Defendant Pina filed a motion to extend time to respond to the first amended complaint.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Defendant Pina is granted up to and including December 18, 2012, in which to respond to the first amended complaint.

IT IS SO ORDERED.

Dated:   December 5, 2012          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE