1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  SCOTT W. FOLEY, State Bar No. 278357
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA  94244-2550
    Telephone:  (916) 322-5513
6   Facsimile:  (916) 324-5205
    E-mail: Scott.Foley@doj.ca.gov
7  *Attorneys for Defendant Pina*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEWIS SMITH**,<br><br>                                    Plaintiff,<br><br>          v.<br><br>**S. PINA, et al.**,<br><br>                                    Defendants. | Case No. 1:11-CV-01651-LJO-MJS (PC)<br><br>**ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Doc. 54)**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

In accordance with the parties' stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice.  The Clerk of the Court is directed to close this case.

**SO ORDERED**
**Dated: February 19, 2015**

                                   /s/ Lawrence J. O'Neill
                                   **United States District Judge**

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:11-CV-01651-LJO-MJS (PC))